# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Eric H. Wessan

**CC:** Justin Brascher
Maya A. Brodziak
Nicholas J. Bronni
Jordan Broyles
Michael A. Cantrell
Christine Ann Cryer
David Gabriel Hinojosa
Chavis Travon Jones
Michael J. Laux
Zakiya Shani Lewis
Philip Pillari
Austin Porter Jr.
Asher Steinberg
Patrick Cannon Valencia

**FROM:** Britny N. Williams

**DATE:** July 08, 2024

**RE:** 24-1990 Ruthie Walls, et al v. Jacob Oliva, et al

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__ X __ The caption on the cover page of the brief lists a defendant as an appellant. Please correct the caption and include if the brief supports affirmance or reversal on the cover page.

Ruthie Walls; Jennifer Reynolds, as next friend of Sadie Annabella Reynolds; Chandra Williams Davis, as Next Friend of Giselle Davis; Colton Gilbert; Arkansas State Conference NAACP

        Plaintiffs - Appellees

v.

Jacob Oliva, in his official capacity as Secretary of the Arkansas Department of Education, and individually; et al.

        Defendants - Appellants

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.