

Nicholas J. Bronni  
Solicitor General

Direct Dial: (501) 682-6302  
E-mail: nicholas.bronni@arkansasag.gov

November 15, 2024

Maureen Gornik  
Acting Clerk, United States Court of Appeals for the Eighth Circuit  
Thomas F. Eagleton Courthouse  
111 South 10th Street  
St. Louis, Missouri 63102

Re:  *Walls v. Oliva*, No. 24-1990

Dear Ms. Gornik:

    The above-captioned matter has been screened for oral argument. I am writing to advise you of conflicts with this Court's upcoming oral argument dates. Due to a preexisting conflict, counsel is unavailable on January 13-17, 2024. Counsel does not currently have any conflicts with the other dates on the Court's public calendar. Thank you for your consideration.

                              Respectfully submitted,

                              /s/ Nicholas J. Bronni  
                              Nicholas J. Bronni  
                              Solicitor General of Arkansas  
                              *Counsel for Defendants-Apellants*

NJB/kh